```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-14983-amc
Patricia Ann Carpenter                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2              Date Rcvd: Dec 10, 2019
                              Form ID: 152             Total Noticed: 25

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2019.
db             +Patricia Ann Carpenter,    131 S. Hull Street,    Reading, PA 19608-1127
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14370149       +Citizens Bank,    PO Box 637,    Bridgeport, CT 06601-0637
14374168       +Citizens Bank N.A.,    One Citizens Bank Way Mail Stop JCA115,    Johnston, RI 02919-1922
14370150        Discover Bank,    PO Box 742655,    Cincinnati, OH 45274-2655
14377336       +M & T Bank,    C/O KML Law Group,    701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14370152        M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
14379172       +M&T Bank,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14370153        Target Card Svc,    PO Box 660170,    Dallas, TX 75266-0170
14370148       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Citizens Bank,    PO Box 18204,    Bridgeport, CT 06601-3204)
14370154        Wells Fargo,    PO Box 29710,    Phoenix, AZ 85038-9710
14396904       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2019 03:26:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 11 2019 03:26:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 03:33:17      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14370147        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 11 2019 03:26:17      Boscovs,    PO Box 659622,
                 San Antonio, TX 78265-9622
14374062        E-mail/Text: mrdiscen@discover.com Dec 11 2019 03:26:09     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14370151        E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 03:33:36      Lowes/Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
14399609        E-mail/Text: camanagement@mtb.com Dec 11 2019 03:26:16     M&T BANK,    PO BOX 840,
                 Buffalo, NY 14240
14370941       +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 03:33:38      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14406457       +E-mail/Text: bncmail@w-legal.com Dec 11 2019 03:26:49     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Dec 10, 2019
                              Form ID: 152             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:

        JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Patricia Ann Carpenter NO1JTB@juno.com
        KEVIN G. MCDONALD   on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                                                 TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Patricia Ann Carpenter
    Debtor(s)

Case No: 19−14983−amc
Chapter: 13

___

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/13/20 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

11
Form 152