UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    PATRICIA ANN CARPENTER<br><br>Debtor | Chapter 13<br>Bankruptcy No.19-14983-AMC |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of January, 2020, by first class mail upon those listed below:

PATRICIA ANN CARPENTER
131 S. HULL STREET
READING, PA  19608

**Electronically via CM/ECF System Only:**

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING, PA  19611

/s/ Deborah A. Earnshaw
———————————————
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee