```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-14983-amc
Patricia Ann Carpenter                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: BarbaraS            Page 1 of 2              Date Rcvd: Feb 05, 2020
                             Form ID: 152              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
```
db            +Patricia Ann Carpenter,    131 S. Hull Street,    Reading, PA 19608-1127
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14370149      +Citizens Bank,    PO Box 637,    Bridgeport, CT 06601-0637
14374168      +Citizens Bank N.A.,    One Citizens Bank Way Mail Stop JCA115,    Johnston, RI 02919-1922
14370150       Discover Bank,    PO Box 742655,    Cincinnati, OH 45274-2655
14377336      +M & T Bank,    C/O KML Law Group,    701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14370152       M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
14379172      +M&T Bank,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14370153       Target Card Svc,    PO Box 660170,    Dallas, TX 75266-0170
14370148      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   Citizens Bank,    PO Box 18204,    Bridgeport, CT 06601-3204)
14370154       Wells Fargo,    PO Box 29710,    Phoenix, AZ 85038-9710
14396904      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:43
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2020 03:59:18      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 04:05:39      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14370147       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2020 03:58:08      Boscovs,    PO Box 659622,
                San Antonio, TX 78265-9622
14374062       E-mail/Text: mrdiscen@discover.com Feb 06 2020 03:57:45      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14370151       E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 04:03:23      Lowes/Synchrony Bank,
                PO Box 530914,    Atlanta, GA 30353-0914
14399609       E-mail/Text: camanagement@mtb.com Feb 06 2020 03:58:00      M&T BANK,    PO BOX 840,
                Buffalo, NY 14240
14370941      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 04:03:24      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14406457      +E-mail/Text: bncmail@w-legal.com Feb 06 2020 03:59:00      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: BarbaraS            Page 2 of 2            Date Rcvd: Feb 05, 2020
                              Form ID: 152              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:

        JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Patricia Ann Carpenter NO1JTB@juno.com
        KEVIN G. MCDONALD   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                        TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Patricia Ann Carpenter
    Debtor(s)

Case No: 19−14983−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/27/20 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601


    For The Court

    Timothy B. McGrath
    Clerk of Court

17 − 11
Form 152