| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-14983-PMM**

PATRICIA ANN CARPENTER    Petition Filed Date: 08/07/2019
131 S. HULL STREET    341 Hearing Date: 09/24/2019
READING  PA   19608    Confirmation Date:

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/25/2019 | $77.17 | Automatic Payr | 10/23/2019 | $77.17 | | 11/27/2019 | $77.17 | |
| 12/26/2019 | $77.17 | | 01/23/2020 | $77.17 | | 02/26/2020 | $77.17 | |
| 03/25/2020 | $77.17 | | 04/22/2020 | $77.17 | | 05/28/2020 | $77.17 | |
| 06/24/2020 | $77.17 | | 07/22/2020 | $77.17 | | | | |

**Total Receipts for the Period:  $848.87    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $848.87**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| | | | | | |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $848.87 | Current Monthly Payment: | $213.82 |
| Paid to Claims: | $0.00 | Arrearages: | $897.07 |
| Paid to Trustee: | $78.86 | Total Plan Base: | $12,009.30 |
| Funds on Hand: | $770.01 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.