## AFFIDAVIT OF NO PAY STUBS

I, *Patricia Carpenter*, swear and or affirm that I have not/was not employed since 2016, I have not/did not receive paystubs since 2016.

*Patricia Carpenter*    9-30-2020
Debtor's Signature              Date

_____    _____
Joint Debtor's Signature           Date