**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **PATRICIA CARPENTER,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Case No: 19-14983** |

## CERTIFICATE OF SERVICE

I, **Alyssa Santa**, paralegal at Joseph T. Bambrick, Jr., Esquire, hereby certify that I served a true and correct copy of the Debtors' Amended Chapter 13 plan that was filed November 30, 2020, via the means specified below this 30th day of November, 2020 to the following:

**UNITED STATES TRUSTEE**
U.S. Trustee's Office
Via Email   **USTPRegion03.PH.ECF@usdoj.gov**

**CHAPTER 13 TRUSTEE**
Scott F. Waterman Esq.
Via Email   **info@readingch13.com**

**DEBTOR**
Patricia Carpenter
131 S. Hull Street
Reading, PA 19608

**CREDITORS**
See attached list.

/s/Alyssa Santa
Alyssa Santa

| KEVIN G. MCDONALD<br>KML LAW GROUP, P.C.<br>701 Market St. Suite 5000<br>Philadelphia, PA 19106 | REBECCA ANN SOLARZ<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Synchrony Bank<br>c/o PRA Receivables<br>Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 |
|---|---|---|