UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Reading)

IN RE:    PATRICIA A CARPENTER         CASE NO:    19-14983

                                        CHAPTER:    13

Debtor (s)

### NOTICE OF CLAIM SATISFACTION

As to Claim #5 filed on 09/30/2019, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

11/25/2020                     /s/Canell Thornton
                               Bankruptcy Specialist
                               Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

### CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on 11/25/2020, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.



FILED
NOV 30 2020
TIMOTHY McGRATH, CLERK
            DEP. CLERK
BY

BK-07 (05/23/18)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved.