United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Patricia Ann Carpenter  
    Debtor(s)

Case No. 19-14983-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Adminstra      Page 1 of 2  
Date Rcvd: Dec 03, 2020      Form ID: 155      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Ann Carpenter, 131 S. Hull Street, Reading, PA 19608-1127 |
| 14370150 | | Discover Bank, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14377336 | + | M & T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14370152 | | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14379172 | + | M&T Bank, c/o Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14370153 | | Target Card Svc, PO Box 660170, Dallas, TX 75266-0170 |
| 14370154 | | Wells Fargo, PO Box 29710, Phoenix, AZ 85038-9710 |
| 14396904 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14370147 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2020 05:07:00 | Boscovs, PO Box 659622, San Antonio, TX 78265-9622 |
| 14370149 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 04 2020 05:06:00 | Citizens Bank, PO Box 637, Bridgeport, CT 06601-3204 |
| 14374168 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 04 2020 05:06:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 14370148 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 04 2020 05:06:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14374062 | | Email/Text: mrdiscen@discover.com | Dec 04 2020 05:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14370151 | | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 04:16:28 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14399609 | | Email/Text: camanagement@mtb.com | Dec 04 2020 05:07:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 14370941 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 04:18:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406457 | + | Email/Text: bncmail@w-legal.com | Dec 04 2020 05:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

**Name**         **Email Address**

JOSEPH T. BAMBRICK, JR.
 on behalf of Debtor Patricia Ann Carpenter NO1JTB@juno.com

KEVIN G. MCDONALD
 on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
 on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
 ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
 on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Patricia Ann Carpenter
       Debtor(s)

Chapter: 13
Bankruptcy No: 19−14983−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 3rd of December 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Patricia M. Mayer
                                        Judge ,
                                        United States Bankruptcy Court

                                                        35
                                                     Form 155