UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| PATRICIA CARPENTER, | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | BANKRUPTCY NO. 19-14983 |

**CERTIFICATE OF NO RESPONSE**

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on December 9, 2019, a copy of the Application for Compensation, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Patricia Carpenter.

Dated:  December 30, 2020             /s/Joseph Bambrick
                                                                            Joseph T. Bambrick, Jr., Esquire
                                                                            Attorney ID 45112
                                                                            529 Reading Avenue
                                                                            West Reading, PA  19611
                                                                            610/372-6400