Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-14983-PMM

PATRICIA ANN CARPENTER
131 S. HULL STREET
READING  PA    19608

Petition Filed Date: 08/07/2019
341 Hearing Date: 09/24/2019
Confirmation Date: 12/03/2020

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/23/2020 | $77.17 | | 02/26/2020 | $77.17 | | 03/25/2020 | $77.17 | |
| 04/22/2020 | $77.17 | | 05/28/2020 | $77.17 | | 06/24/2020 | $77.17 | |
| 07/22/2020 | $77.17 | | 08/26/2020 | $77.17 | | 09/23/2020 | $77.17 | |
| 10/08/2020 | $1,000.00 | | 10/28/2020 | $219.89 | | 11/25/2020 | $219.89 | |
| 12/28/2020 | $219.89 | | 01/27/2021 | $219.89 | | 02/24/2021 | $219.89 | |
| 03/24/2021 | $219.89 | | 04/28/2021 | $219.89 | | 05/26/2021 | $219.89 | |

**Total Receipts for the Period: $3,453.65   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,762.33**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,001.00 | $2,001.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $10,423.11 | $248.21 | $10,174.90 |
| 2 | CITIZENS BANK NA<br>»» 002 | Unsecured Creditors | $2,561.27 | $60.98 | $2,500.29 |
| 3 | CITIZENS BANK NA<br>»» 003 | Unsecured Creditors | $3,349.06 | $79.75 | $3,269.31 |
| 4 | CITIZENS BANK NA<br>»» 004 | Unsecured Creditors | $2,447.16 | $58.27 | $2,388.89 |
| 5 | WELLS FARGO DEALER SERVICES<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | M&T BANK<br>»» 006 | Mortgage Arrears | $806.33 | $806.33 | $0.00 |
| 7 | TD BANK USA NA<br>»» 007 | Unsecured Creditors | $666.65 | $15.87 | $650.78 |

**Chapter 13 Case No. 19-14983-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,762.33 | Current Monthly Payment: | $234.79 |
| Paid to Claims: | $3,270.41 | Arrearages: | $324.19 |
| Paid to Trustee: | $294.02 | Total Plan Base: | $13,008.54 |
| Funds on Hand: | $197.90 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.