**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| PARTRICIA ANN CARPENTER | : | Chapter 13 |
| Debtor | : | Bankruptcy No: 19-14983 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

JOSEPH T. BAMBRICK, JR., ESQUIRE has filed with the court on or about July 29, 2021, a Motion to Sell Real Estate Free and Clear of Liens and Encumbrances and To Permit Distribution of Sale Proceeds.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 12, 2021 you or your attorney must do all of the following:

(a) File an answer explaining your position at:

> Clerk of Bankruptcy Court
> The Madison Building
> 400 Washington Street
> Suite 300
> Reading, PA  19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) Mail a copy to the Movant's attorney:

> Joseph T. Bambrick, Jr., Esquire
> JOSEPH T. BAMBRICK, JR., ESQUIRE
> 529 Reading Avenue
> West Reading, PA 19611
> Phone #: 610/372-6400
> Fax #:  610/372-9483

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on Thursday, August 19, 2021 at 11 AM., in Courtroom 1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, Pennsylvania. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the matter directed by Fed. R. Bankr. P. 9014(d).

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

      /s/Joseph Bambrick
JOSEPH T. BAMBRICK JR., ESQ.
ATTORNEY ID. 45112
ATTORNEY FOR MOVANT
529 READING AVENUE
WEST READING, PA 19611
(610) 372-6400 PHONE