## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **PARTRICIA ANN CARPENTER** | : | Chapter 13 |
| Debtor | : | Bankruptcy No: 19-14983 |

## AMENDED ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, and the approval of the real estate commission it is hereby **ORDERED** and **DECREED** that the sale of the real estate for $140,000.00. Is **APPROVED** and the Debtor's Motion is ***GRANTED***.

It is further ***GRANTED*** that the proceeds are to be disbursed to pay the ordinary and customary closing costs, including but not limited to pro ration of realty taxes, realtor commission, etc.; the mortgage liens to M&T Bank and EXP Realty, LLC, are to be paid in full; M&T Bank will be paid in full subject to a proper payoff quote at the time of closing and closing is required within 30 days of the payoff quote or a new payoff quote is required; and any net proceeds remaining after the liens, transfer taxes, real estate commission(s), customary closing costs, and debtors limited exemption of $23,675.00 are deducted should be paid to the Chapter 13 Trustee's Office by the title company at the closing. The Trustee will receive $8,806.43 from the sale.

The real estate commission is based on the final sale price minus the 6% Seller Assist.

All liens and mortgages are to be paid in full.

BY THE COURT:

_____
**PATRICIA MAYER,**
**UNITED STATES BANKRUPTCY JUDGE**