UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PATRICIA CARPENTER,    :    CHAPTER 13
                              :
    DEBTOR    :    BANKRUPTCY NO. 19-14983

**CERTIFICATE OF NO RESPONSE**

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on July 29, 2021 a copy of the Motion to Sell Property, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Patricia Carpenter.

Dated:  August 18, 2021        /s/Joseph Bambrick
                                                Joseph T. Bambrick, Jr., Esquire
                                                Attorney ID 45112
                                                529 Reading Avenue
                                                West Reading, PA  19611
                                                610/372-6400