Certificate Number: 12433-PAE-DE-036048905

Bankruptcy Case Number: 19-14983



12433-PAE-DE-036048905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2021, at 5:59 o'clock PM EDT, Patricia Ann Carpenter completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 7, 2021              By:    /s/Lance Brechbill

                                     Name:  Lance Brechbill

                                     Title: Teacher